**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 589 MAL 2017

           Respondent           :

                                     :    Petition for Allowance of Appeal from
                                     :    the Order of the Superior Court
           v.                        :

                                     :

CARL STREETER,                     :

           Petitioner             :

## ORDER

**PER CURIAM**

      **AND NOW**, this 27th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.